# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* Bates, John D. | 2. Court or Organization U.S. District Court for the District of Columbia | 3. Date of Report May 15, 2009 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* District Judge - Article III (active) | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ____ Final | 6. Reporting Period 1/1/2008 to 12/31/2008 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address 333 Constitution Ave., NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[✓] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[✓] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2009 MAY 21 A II: I9 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[✓] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[ ] **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. 2008 | ▮▮▮▮▮▮▮▮ | |
| 2. | | |

Bates_John_D

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| John D. Bates | May 15, 2009 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☑ **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☑ **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☑ **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$1 0,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | | P3=$25,000,001-50,000,000 | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| John D. Bates | May15, 2009 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Wachovia Account | A | Interest | J | T | | | | | |
| 2 Sun Trust Accounts | A | Interest | J | T | | | | | |
| 3 Smith Barney - IRA - ● | | | | | | | | | |
| 4 -- Amer Int'l Group - Common | | None | J | T | | | | | |
| 5 -- Auto Data Proc - Common | A | Dividend | K | T | | | | | |
| 6 -- Amer Cap Str (Ltd) - Common | B | Dividend | J | T | | | | | |
| 7 -- Adobe Sys - Common | | None | J | T | buy | 1/2 | J | | |
| 8 -- Apple Inc. - Common | | None | J | T | buy | 1/2 | J | | |
| 9 -- Bank of Amer - Common | | None | J | T | | | | | |
| 10 -- Baxter Int'l - Common | A | Dividend | K | T | | | | | |
| 11 -- BT Group PLC | | None | J | T | buy | 1/2 | K | | |
| 12 -- CISCO Sys. Common | | None | K | T | | | | | |
| 13 -- Chevron Texaco Common | | None | L | T | | | | | |
| 14 -- Capital One Financial Common | | | | | sell | 1/2 | K | A | |
| 15 -- CINN Financial Corp. Common | A | Dividend | K | T | | | | | |
| 16 -- Cognizant Tech - Common | | None | J | T | buy | 1/2 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| John D. Bates | May 15, 2009 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 -- Dow Chem Common | A | Dividend | J | T | | | | | |
| 18 -- Dreyfus Money Market | C | Dividend | M | T | sell | var. | M | A | |
| 19 -- Enterprise Prod - Common | | None | J | T | buy | 1/2 | K | | |
| 20 -- FISERV Inc. | | None | J | T | | | | | |
| 21 -- GE - Common | | | | | buy | 1/2 | K | | |
|  | | | | | sell | 2/29 | K | A | |
| 22 -- HP Common | A | Dividend | K | T | | | | | |
| 23 -- Home Depot Common | | None | K | T | | | | | |
| 24 -- HCC Ins. Hldgs - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 25 -- Int'l Game Tech. - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 26 --JP Morgan Chase & Co. Common | A | Dividend | K | T | | | | | |
| 27 -- Johnson & Johnson - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 28 -- L3 Commu - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 29 -- Marriott Int'l - Common | | None | J | T | buy | 1/2 | K | | |
| 30 -- McDonald's - Common | A | Dividend | K | T | buy | 1/2 | K | | |
| 31 -- MetLife - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 32 -- Morgan Stanley - Common | A | Dividend | J | T | buy | 1/2 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 33 -- National Oilwell - Common | | None | J | T | buy | 1/2 | K | | |
| 34 -- Omnicon - Common | | None | J | T | buy | 1/2 | J | | |
| 35 -- Pfizer - Common | | None | K | T | | | | | |
| 36 -- Pepsico - Common | | None | J | T | buy | 1/2 | K | | |
| 37 -- Principal Fin'l - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 38 -- Procter & Gamble - Common | | None | K | T | | | | | |
| 39 -- Sempra Energy - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 40 -- Staples - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 41 -- SLM Corp. - Common | | | | | sell | 1/2 | K | B | |
| 42 -- TJX Co. - Common | | None | J | T | buy | 1/2 | J | | |
| 43 -- Tyco Electronics, Ltd. | | None | J | T | | | | | |
| 44 -- United Health - Common | A | Dividend | J | T | buy | 1/2 | J | | |
| 45 -- Verizon Common | | None | K | T | | | | | |
| 46 **Smith Barney -** ■■■ | | | | | | | | | |
| 47 -- AXA Equitable Life Annuity | | None | K | T | | | | | |
| 48 -- AES Corp. Common | | None | J | T | sell | 1/9 | K | D | |
| | | | | | sell | 6/4 | J | B | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 49 -- Arch Capital Group | | None | J | T | | | | | |
| 50 -- Amer. Tower Corp. - Class A | | None | J | T | | | | | |
| 51 -- Barclays Bank Pref. | | None | J | T | | | | | |
| 52 -- Citibank Money Fund | A | Interest | L | T | buy/sell | var. | K | | |
| 53 -- Chemed Corp. | A | Dividend | J | T | | | | | |
| 54 -- Davita Inc. | | None | J | T | | | | | |
| 55 -- Electronics for Imaging | | None | J | T | | | | | |
| 56 --Energy Transfer Ptns LP | A | Dividend | J | T | | | | | |
| 57 -- Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 58 -- Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 59 -- Fiserv Inc. Common | | None | K | T | | | | | |
| 60 -- Gannett Co. Common | | | | | sell | 1/9 | J | | |
| 61 -- Halliburton Co. Hldgs. | A | Dividend | J | T | | | | | |
| 62 -- Howard Cty. MD Bond | | None | K | T | | | | | |
| 63 -- Intuit Inc. | | None | J | T | | | | | |
| 64 -- MD Dept HSG&Comm. Dev Bond | | None | K | T | | | | | |
| 65 -- NY Comm. Bancorp. | A | Dividend | J | T | | | | | |
| 66 -- New Perspective Fund | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page _5_ INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions) | | | | | | | | |
| 67. -- PG Cty. MD Bond | A | Interest | L | T | | | | | |
| 68. --Powershares Ex-Traded Fund Dynamic Biotech & Genome | | None | J | T | | | | | |
| 69. -- Schwab Chs. Corp. | A | Dividend | J | T | | | | | |
| 70. -- Time Warner Common | A | Dividend | J | T | sell | 12/29 | J | | |
| 71. -- Unum Group | A | Dividend | J | T | | | | | |
| 72. -- United Health Common | A | Dividend | K | T | sell | 6/4 | J | B | |
| 73. -- Univ. System MD Bond | A | Interest | K | T | | | | | |
| 74. -- Western Union Common | A | Dividend | J | T | | | | | |
| 75. -- Wyeth Common | A | Dividend | | | sell | 8/18 | K | | |
| 76. -- Wash. Sub. San. Dt. MD Bond | | None | K | T | | | | | |
| 77. -- Western Asset Money Market | A | Dividend | | | redemption | 9/18 | L | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Smith Barney - IRA** | | | | | | | | | |
| 78. -- AT&T Inc. Common | A | Dividend | K | T | | | | | |
| 79. -- Cameron Int'l Common | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 80. -- Centerpoint Energy Common | A | Dividend | J | T | | | | | |
| 81. -- Colgate Palmolive Common | A | Dividend | K | T | | | | | |
| 82. -- Conagra Fooods Common | A | Dividend | J | T | | | | | |
| 83. -- Dreyfus Money Market | A | Dividend | J | T | buy/sell | var. | J | | |
| 84. -- Forest Oil Corp. Common | | None | J | T | | | | | |
| 85. -- Gaylord Ent. Co. Common | | None | J | T | | | | | |
| 86. -- HCC Ins. Hldgs. Common | A | Dividend | J | T | | | | | |
| 87. -- Hain Celestrial Group Common | | None | J | T | | | | | |
| 88. -- IShares TR-DJ Tranps. Index Fund | A | Dividend | J | T | | | | | |
| 89. -- IShares TR Global Ind Index Fund | A | Dividend | J | T | | | | | |
| 90. -- IShares Dow Jones US Health Care Providers Index Fund | | None | J | T | | | | | |
| 91. -- IBM Common | A | Dividend | K | T | | | | | |
| 92. -- JC Penney Common | A | Dividend | J | T | | | | | |
| 93. -- Medtronic Common | A | Dividend | K | T | | | | | |
| 94. -- Pactiv Corp. Common | | None | J | T | | | | | |
| 95. -- Powershares Dynamic Semiconductors | A | Dividend | J | T | | | | | |
| 96. -- Powershares Dynamic Media Portfolio | | None | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page _7_ INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 97.--Select Spector SPDR Energy | A | Dividend | J | T | | | | | |
| 98.--S&P NoAm Tech Software Index Fund | | None | J | T | | | | | |
| 99.--SPDR Index SHS FDS DJ Wilshire Int'l Real Estate | A | Dividend | J | T | | | | | |
| 100.--SPDR TR S&P Retail ETF | A | Dividend | J | T | | | | | |
| 101.--SPDR SER TR KBW CAP MKTS ETF | A | Dividend | J | T | | | | | |
| 102.-SPDR SER TR KBW BK ETF | A | Dividend | J | T | | | | | |
| 103.--SPDR SER TR KBW INS ETF | A | Dividend | J | T | | | | | |
| 104.--United Tech Common | A | Dividend | K | T | | | | | |
| 105.--Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 106.--Vanguard Health Care ETF | A | Dividend | J | T | | | | | |
| 107.--Vanguard Info Tech ETF | A | Dividend | J | T | | | | | |
| 108.--Vanguard Int'l Equity (European) ETF | A | Dividend | J | T | | | | | |
| 109.--Wisconsin Energy Holding Common | A | Dividend | J | T | | | | | |
| 110. Smith Barney -● | | | | | | | | | |
| 111.--Citibank Acct. | A | Interest | J | T | withdraw | 8/13 | K | A | |
| 112.--Invest. Co. of Amer. | A | Dividend | J | T | sell | 12/29 | J | A | |
| | | | | | | | | | |
| 113.--TIAA CREF Ret. Acct.-● | | None | J | T | buy | var. | J | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | John D. Bates | May 15, 2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544